IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEREK JON PHILLIPS,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security.

    Defendant.

Civ. No. 3:16-cv-01858-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark Clarke filed a Findings and Recommendation (#23), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#23) is adopted. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

    DATED this 24th day of May, 2018.

                                         /s/ Michael J. McShane
                                               Michael McShane
                                          United States District Judge